NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of LOUIS MILLER, Trading as LOUIS MILLER & Co. and BRIDGEVILLE SHIRT Co. v. MANUFACTURERS DISCOUNT CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante,* p. 838.]

METROPOLITAN LIFE INSURANCE Co., v. HAROLD SCHOTTLAND et al.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante,* p. 915.]

SMITH-WEIHMAN COMPANY, INC., v. SHAPIRO BROS. FACTORS CORP. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 922.]

RUTH U. GUNDLACH v. COMMERICAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 884.]

STANLEY CLARKE, as Trustee of ASSOCIATED GAS AND ELECTRIC COMPANY, Debtor, v. ADOLPH GREENBERG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 923.]

EMPIRE MECHANICAL CORPORATION v. KERBY SAUNDERS, INC.— Motion for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante,* p. 919.]

ARTHUR KALFUS et al., Copartners Doing Business under the Name of I. KALFUS Co., v. HENRY W. ANDERSON et al., as Receivers of Seaboard Air Line Railway.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante,* p. 888.]

In the Matter of DAVID E. BERG, Petitioner, against HAROLD W. MARSH et al., as Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.— Motion in all respects denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 268 App. Div. 1.]

ISAAC SHAPIRO, Respondent, v. IRVING SCHNEIDER et al., Defendants, and MORRIS DANZIG, Appellant.— Motion in all respects denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 653.]

## SECOND DEPARTMENT, MAY, 1946.

### (May 6, 1946.)

DOROTHY AMERLING, Appellant, v. CHARLES A. AMERLING, Respondent.— Motion to dismiss appeal granted, by consent, and appeal dismissed, without costs. Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ. [180 Misc. 701.]

SHIRLEY LEVY, Appellant, v. BOARDWALK SKATING RINK, INC., Respondent.— Motion to dispense with printing record and brief denied, without costs. The expense of printing may be materially reduced by compliance with the provisions of rule 232 of the Rules of Civil Practice. (See *Matter of Coyle* v. *Howell, Fields & Goddard, Inc.,* 228 App. Div. 388.) Present — Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ.